# United States Court of International Trade

## Honorable Claire R. Kelly,

### Appearance Sheet

Docket No. 20-00026
April 29, 2021
Oral Argument via Cisco Webex
9:30 a.m.
Courtroom # 1
Jurisdiction 1581 (c)

Garg Tube Export LLP et al.,
Plaintiffs,

v.

United States,
Defendant,

and

Wheatland Tube and Nucor Tubular Products Inc.,
Defendant-Intervenors.

---

### Counsel

**Plaintiffs:**     **Ned H. Marshak & Dharmendra N. Choudhary**
Grunfeld,Desiderio,Lebowitz,Silverman & Klestadt, LLP.

**Defendant:**     **Robert R. Kiepura**
U.S. Department of Justice

**JonZachary Forbes, Rachel A. Bogdan & Shelby M. Anderson**
U.S. Department of Commerce

**Defendant-Intervenor:**     **Robert E. DeFrancesco, III & Theodore P. Brackemyre**
**Nucor Tubular Products Inc.**     Wiley Rein, LLP.

**Defendant-Intervenor:**     **Not Attending**
**Wheatland Tube**     Schagrin Associates