

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
    Judge

July 9, 2021

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
Email:      nmarshak@gdlsk.com

Dharmendra Narain Choudhary, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email:      dchoudhary@gdlsk.com
            jkahn@gdlsk.com

Robert Ralph Kiepura, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:      robert.kiepura@usdoj.gov

JonZachary Forbes, Esq.
Rachel A. Bogdan, Esq.
Shelby Mitchell Anderson, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
Email:      jonzachary.forbes@trade.gov
            rachel.bogdan@trade.gov
            shelby.anderson@trade.gov

Court No. 20-00026 Page **2** of **3**

Roger Brian Schagrin, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Geert M. De Prest, Esq.
Kelsey Marie Rule, Esq.
Luke Anthony Meisner, Esq.
Nicholas Joel Birch, Esq.
Paul Wright Jameson, Esq.
William A. Fennell, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
Email:       rschagrin@schagrinassociates.com
             ccloutier@schagrinassociates.com
             edrake@schagrinassociates.com
             GDePrest@SchagrinAssociates.com
             krule@schagrinassociates.com
             lmeisner@schagrinassociates.com
             nbirch@SchagrinAssociates.com
             pjameson@schagrinassociates.com
             wfennell@schagrinassociates.com

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Cynthia Cristina Galvez, Esq.
Derick G. Holt, Esq.
Elizabeth Seungyon Lee, Esq.
Jeffrey Owen Frank, Esq.
Laura El-Sabaawi, Esq.
Maureen Elizabeth Thorson, Esq.
Robert Edward DeFrancesco, III, Esq.
Stephanie Manaker Bell, Esq.
Tessa Victoria Capeloto, Esq.
Theodore Paul Brackemyre, Esq.
Timothy C. Brightbill, Esq.
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
Email:       aprice@wiley.law
             ateslik@wiley.law

        cweld@wiley.law
        cgalvez@wileyrein.com
        dholt@wiley.law
        elee@wiley.law
        jfrank@wiley.law
        lel-sabaawi@wiley.law
        mthorson@wiley.law
        rdefrancesco@wiley.law
        sbell@wileyrein.com
        tcapeloto@wileyrein.com
        tbrackemyre@wiley.law
        tbrightbill@wiley.law

Re:   *Garg Tube Export LLP et al v. United States*
      Court No. 20-00026

Dear Counsel:

    It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Monday, July 19, 2021. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Friday, July 16, 2021 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                  Sincerely,

                                  /s/ Claire R. Kelly
                                  Claire R. Kelly, Judge

Cc: Steve Taronji
    For docketing