Form 18-1

Form 18

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TAIZHOU UNITED IMP. & EXP. CO. LTD.,<br><br>      Plaintiff,<br><br>and<br><br>GUANGZHOU JANGHO CURTAIN WALL SYSTEM ENGINEERING CO., LTD., *et al.*,<br><br>      Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>      Defendant-Intervenor. | Consol. Court No. 16-00009<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

    Cynthia C. Galvez    declares that (check one)

1)  TERMINATION BY AN INDIVIDUAL

■ I am an attorney/consultant representing or retained on behalf of the Aluminum Extrusions Fair Trade Committee in this action (and on behalf of the parties indicated in the actions listed on the attached schedule). I hereby give notice that I am no longer involved in the litigation in this action (and those actions listed on the attached schedule) and, therefore, I have terminated my access to Business Proprietary Information in such action(s). I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

    N/A              N/A
  [Name of proceeding]        [Case or investigation no.]

Form 18-2

OR

2)    TERMINATION BY A FIRM

◘    I am an attorney representing _____ in this action (and the parties indicated in the actions listed on the attached schedule). I hereby give notice that, because of the termination of all litigation in this action (and those actions listed on the attached schedule) or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action (and those actions listed on the attached schedule) have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____   _____
[Name of proceeding]                              [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action (and those actions listed on the attached schedule) or in the administrative proceeding(s) that gave rise to the action(s) to any person.

/s/ Cynthia C. Galvez
Cynthia C. Galvez, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
WileyTrade@wiley.law

*Counsel to the Aluminum Extrusions Fair Trade Committee*

Date:    July 23, 2021

Form 18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 16-00012 | *Guangzhou Jangho Curtain Wall System Engineering Co. v. United States* | Aluminum Extrusions Fair Trade Committee |
| 16-00138 | *Prosperity Tieh Enterprise Co. v. United States* | Nucor Corporation |
| 16-00154 | *Yieh Phui Enterprise Co. v. United States* | Nucor Corporation |
| 16-00225 | *POSCO v. United States* | Nucor Corporation |
| 16-00227 | *POSCO v. United States* | Nucor Corporation |
| 17-00017 | *Guangzhou Jangho Curtain Wall System Engineering Co. v. United States* | Aluminum Extrusions Fair Trade Committee |
| 17-00159 | *Dillinger France S.A. v. United States* | Nucor Corporation |
| 17-00167 | *Diamond Sawblades Manufacturers' Coalition v. United States* | Diamond Sawblades Manufacturers' Coalition |
| 18-00002 | *Linyi Chengen Import and Export Co. v. United States* | Coalition for Fair Trade in Hardwood Plywood |
| 18-00011 | *Celtic Co. v. United States* | Coalition for Fair Trade in Hardwood Plywood |
| 18-00017 | *Zhejiang Dehua TB Import & Export Co. v. United States* | Coalition for Fair Trade in Hardwood Plywood |
| 18-00018 | *Taraca Pacific, Inc. v. United States* | Coalition for Fair Trade in Hardwood Plywood |
| 18-00019 | *Shandong Dongfang Bayley Wood Co. v. United States* | Coalition for Fair Trade in Hardwood Plywood |
| 18-00102 | *Bosun Tools Co. v. United States* | Diamond Sawblades Manufacturers' Coalition |
| 18-00103 | *Chengdu Huifeng New Material Technology Co. v. United States* | Diamond Sawblades Manufacturers' Coalition |

Form 18-4

| | | |
|---|---|---|
| 18-00134 | *Diamond Sawblades Manufacturers' Coalition v. United States* | Diamond Sawblades Manufacturers' Coalition |
| 18-00230 | *Echjay Forgings Private Limited v. United States* | Coalition of American Flange Producers |
| 19-00012 | *Worldwide Door Components, Inc. v. United States* | Aluminum Extrusions Fair Trade Committee and Endura Products, Inc. |
| 19-00013 | *Columbia Aluminum Products, LLC v. United States* | Aluminum Extrusions Fair Trade Committee and Endura Products, Inc |
| 19-00104 | *Dong-A Steel Company v. United States* | Nucor Tubular Products Inc. (formerly Independence Tube Corp. and Southland Tube, Inc.) |
| 19-00105 | *Kukje Steel Co. v. United States* | Independence Tube Corp. and Southland Tube, Inc. |
| 19-00172 | *Novolipetsk Steel Public Joint Stock Co. v. United States* | Nucor Corporation |
| 19-00208 | *Saha Thai Steel Pipe Public Co. v. United States* | Nucor Tubular Products Inc. (formerly Independence Tube Corp. and Southland Tube, Inc.) |
| 20-00015 | *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States* | Nucor Tubular Products Inc. |
| 20-00026 | *Garg Tube Export LLP v. United States* | Nucor Tubular Products Inc. |
| 20-00031 | *Novolipetsk Steel Public Joint Stock Co. v. United States* | Nucor Corporation |
| 20-00065 | *Habas Sinai ve Tibbi Gazlar Istihsal Endustrisi A.S. v. United States* | Rebar Trade Action Coalition |
| 20-00146 | *HiSteel Co. v. United States* | Nucor Tubular Products Inc. |
| 20-00166 | *Productos Laminados de Monterrey S.A. de C.V. v. United States* | Nucor Tubular Products Inc. |
| 20-00168 | *Government of Quebec v. United States* | Wind Tower Trade Coalition |
| 20-03815 | *United States Steel Corporation v. United States* | Nucor Corporation |

Form 18-5

| 20-03868 | *NEXTEEL Co. v. United States* | Nucor Tubular Products Inc. |
| --- | --- | --- |
| 20-03880 | *Hyundai Steel Company v. United States* | Nucor Tubular Products Inc. |
| 20-03881 | *SeAH Steel Corporation v. United States* | Nucor Tubular Products Inc. |
| 20-03898 | *NEXTEEL Co. v. United States* | American Cast Iron Pipe Co. and Stupp Corp., a division of Stupp Bros., Inc. |
| 20-03935 | *SeAH Steel Corporation v. United States* | American Cast Iron Pipe Co. and Stupp Corp., a division of Stupp Bros., Inc. |
| 20-03940 | *Hyundai Steel Company v. United States* | American Cast Iron Pipe Co. and Stupp Corp., a division of Stupp Bros., Inc. |
| 21-00081 | *Blue Pipe Steel Center Co. v. United States* | Nucor Tubular Products Inc. |
| 21-00132 | *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States* | Nucor Tubular Products Inc. |
| 21-00140 | *Noksel Celik Boru Sanayi A.S. v. United States* | Nucor Tubular Products Inc. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)