IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GARG TUBE EXPORT LLP and GARG TUBE LIMITED,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>  and,<br><br>NUCOR TUBULAR PRODUCTS INC., *et al.*<br><br>      Defendant-Intervenors. | Before: Hon. Claire R. Kelly,<br>    Judge<br><br>Court No. 20-00026 |

## DEFENDANT-INTERVENOR NUCOR TUBULAR'S COMMENTS ON FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND

On behalf of Defendant-Intervenor Nucor Tubular Products Inc. ("Nucor Tubular"), we respectfully submit the following comments on the October 7, 2021 remand determination issued by the U.S. Department of Commerce ("Commerce"). Final Results of Redetermination Pursuant to Court Remand (Oct. 7, 2021), ECF No. 74. ("Remand Determination"). For the reasons set forth in Defendant-Intervenors' response brief before this Court and Nucor Tubular's comments on Commerce's draft remand results, Nucor Tubular respectfully disagrees with the Court that the statute does not permit Commerce to adjust the costs of production to account for a particular market situation ("PMS") when performing the sales-below-cost test. *See* Resp. to Mot. for J. on the Agency R. (Jan. 19, 2021), ECF No. 42 at 30-33 ("Def.-Int. Resp. Br."); Letter from Wiley Rein LLP to Sec'y Commerce, re: *Welded Carbon Steel Standard Pipes and Tubes from India: Comments on Draft Results of Redetermination* (Sept. 17, 2021), P.R.R. 6, C.R.R. 7 at 3-6 ("Nucor Tubular Draft Remand Results Cmts").

Under section 504 of the Trade Preferences Extension Act of 2015, *codified at* 19 U.S.C. § 1677b(e), where a PMS exists in the home market such that "the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade," Commerce is authorized to "use another calculation methodology under this subtitle or any other calculation methodology" in constructing normal value. *See* Trade Preferences Extension Act of 2015, Pub. L. No. 114-27, § 504, 129 Stat. 362, 385. Commerce has explained that the purpose of the 2015 PMS law is "to ensure that particular market situations do not prevent proper comparisons with U.S. price, consistent with the intent of Congress." *See, e.g.*, Issues and Decision Memorandum accompanying *Certain Oil Country Tubular Goods from the Republic of Korea*, 82 Fed. Reg. 18,105 (Dep't Commerce Apr. 17, 2017) (final results of antidumping duty admin. rev.; 2014-2015), *amended*, 82 Fed. Reg. 31,750 (Dep't Commerce July 10, 2017) (amended final results of antidumping duty admin. rev.; 2014-2015) at 43. Accordingly, Commerce's application of a PMS adjustment for the purposes of the sales-below-cost test in the final results of the underlying administrative review was entirely appropriate and a reasonable interpretation of the statute. Def.-Int. Resp. Br. at 30-33; Nucor Tubular Draft Remand Results Cmts. at 3-6.

Nevertheless, given the Court's opinion and remand order, it appears that Commerce has been left with no choice but to no longer apply a PMS adjustment in the sales-below-cost text context. *Garg Tube Export LLP and Garg Tube Limited v. United States*, No. 20-00026, slip-op. 21-83 (Ct. Int'l Trade July 9, 2021), ECF No. 71 at 12-16. In that regard, Nucor Tubular agrees with Commerce's statement in the Remand Determination that it is removing the PMS adjustment as to Garg Tube Export LLP's and Garg Tube Limited's reported costs in the sales-below-cost context under respectful protest. Remand Determination at 3-4, 8-9. Nucor Tubular

**Court No. 20-00026**

believes Commerce should continue to apply a PMS adjustment for the purposes of the sales-below-cost test in future proceedings, and Nucor Tubular urges this court to reconsider its position on the application of PMS especially given that the issue is currently on appeal before the U.S. Court of Appeals for the Federal Circuit.

*   *   *

Respectfully submitted,

*/s/ Robert E. DeFrancesco, III*
Alan H. Price, Esq.
Robert E. DeFrancesco, III, Esq.
Theodore P. Brackemyre, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

November 8, 2021

*Counsel to Nucor Tubular Products Inc.*