

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
   Judge

March 11, 2022

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
Email:       nmarshak@gdlsk.com

Dharmendra Narain Choudhary, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email:       dchoudhary@gdlsk.com
             jkahn@gdlsk.com

Robert Ralph Kiepura, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:       robert.kiepura@usdoj.gov

JonZachary Forbes, Esq.
Rachel A. Bogdan, Esq.
Shelby Mitchell Anderson, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
Email:       jonzachary.forbes@trade.gov

     rachel.bogdan@trade.gov
     shelby.anderson@trade.gov

Roger Brian Schagrin, Esq.
Benjamin Jacob Bay, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Jeffrey David Gerrish, Esq.
Kelsey Marie Rule, Esq.
Luke Anthony Meisner, Esq.
Michelle Rose Avrutin, Esq.
Nicholas Joel Birch, Esq.
William A. Fennell, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
Email: rschagrin@schagrinassociates.com
    bbay@schagrinassociates.com
    ccloutier@schagrinassociates.com
    edrake@schagrinassociates.com
    jgerrish@schagrinassociates.com
    krule@schagrinassociates.com
    lmeisner@schagrinassociates.com
    mavrutin@schagrinassociates.com
    nbirch@SchagrinAssociates.com
    wfennell@schagrinassociates.com

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Derick G. Holt, Esq.
Elizabeth Seungyon Lee, Esq.
Jeffrey Owen Frank, Esq.
Laura El-Sabaawi, Esq.
Maureen Elizabeth Thorson, Esq.
Robert Edward DeFrancesco, III, Esq.
Stephanie Manaker Bell, Esq.
Tessa Victoria Capeloto, Esq.
Theodore Paul Brackemyre, Esq.
Timothy C. Brightbill, Esq.

Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006
Email:   aprice@wiley.law
         ateslik@wiley.law
         cweld@wiley.law
         dholt@wiley.law
         elee@wiley.law
         jfrank@wiley.law
         lel-sabaawi@wiley.law
         mthorson@wiley.law
         rdefrancesco@wiley.law
         sbell@wileyrein.com
         tcapeloto@wileyrein.com
         tbrackemyre@wiley.law
         tbrightbill@wiley.law

   Re:   *Garg Tube Export LLP  et al  v. United States*
         Court No. 20-00026

Dear Counsel:

   It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Monday, March 21, 2022. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Friday, March 18, 2022 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

   Thank you for your assistance.

                                    Sincerely,

                                    /s/ Claire R. Kelly
                                    Claire R. Kelly, Judge

Cc: Steve Taronji
    For docketing